United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Franvel O. Paulino, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-24865-Civ-Scola |
| | ) |
| Commissioner of Social Security Andrew Saul, Defendant. | ) |

**Order Adopting Magistrate's Report and Recommendation**

This matter was referred to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. Judge Reid has since issued a report, recommending that the Court deny Plaintiff Franvel O. Paulino's motion for summary judgment (ECF No. 22), grant the acting Commissioner of the Social Security Administration's motion for summary judgment (ECF No. 27), and affirm the administrative law judge's unfavorable decision. (Report, ECF No. 32.) Neither party has submitted objections and the time to do so has passed. After careful review of the filings, the applicable law, and the record, the Court **adopts** Judge Reid's report and recommendation (**ECF No. 32**), **denies** Paulino's motion for summary judgment (**ECF No. 22**) and **grants** the Commissioner's motion for summary judgment (**ECF No. 27**).

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." Local R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

Paulino has not submitted any objections to Judge Reid's report and recommendation and the time to do so has passed. Regardless, the Court has made a de novo review of the report, the record, the briefing, and the relevant legal authorities. Upon this review, the Court finds Judge Reid's report and

recommendations are thorough, cogent, and compelling and **adopts** them in their entirety (**ECF No. 32**), affirming the administrative law judge's decision, thus **granting** the Commissioner's motion for summary judgment (**ECF No. 27**), and **denying** Paulino's motion for summary judgment (**ECF No. 22**). The Court thus directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on March 24, 2023.

Robert N. Scola, Jr.
United States District Judge